## Commonwealth *v.* High, Appellant.

794

 Submitted March 19, 1973. *Jonathan Miller*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.